No. 12–7656.  POPE v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 12–7706.  MIXON v. CORRECTIONS MEDICAL SERVICE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–7708.  CUNNINGHAM v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–7748.  FELDMAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–7997.  WILLIAMS v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 12–7999.  TORRES v. MCKEWAN, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–8001.  THOMAS v. MACLAREN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 12–8002.  WASHINGTON v. HIRSCH.  C. A. 2d Cir.  Certiorari denied.

No. 12–8003.  ELLIOTT v. NEVEN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–8010.  BACH v. MILWAUKEE COUNTY, WISCONSIN, ET AL.  Sup. Ct. Wis.  Certiorari denied.

No. 12–8019.  WOOD v. BITER, ACTING WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–8026.  PHILLIPS v. UNITED PARCEL SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 12–8029.  DANIELS v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 12–8049.  REXUS v. GLEBE, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER.  C. A. 9th Cir.  Certiorari denied.